JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHENOID KILGORE, | Case No. CV 12-7733-DDP (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice as to Grounds One, Two, and Four of the Petition and dismissed without prejudice as to Ground Three of the Petition.

Dated: April 17, 2013

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE